IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Toney, Robert D

Printed: 6/17/08

Case Number: 07 B 14150
Judge: Hollis, Pamela S
Filed: 8/7/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: May 5, 2008
Confirmed: October 1, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,957.25 |  |
| Secured: |  | 1,283.74 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 567.83 |
| Trustee Fee: |  | 105.68 |
| Other Funds: |  | 0.00 |
| Totals: | 1,957.25 | 1,957.25 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 2,910.20 | 567.83 |
| 2. | RoundUp Funding LLC | Secured | 20,432.60 | 1,283.74 |
| 3. | Internal Revenue Service | Priority | 1,284.51 | 0.00 |
| 4. | Commonwealth Edison | Unsecured | 79.12 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 16.96 | 0.00 |
| 6. | Internal Revenue Service | Unsecured | 590.43 | 0.00 |
| 7. | National Auto Finance Inc | Unsecured | 1,222.63 | 0.00 |
| 8. | ER Solutions | Unsecured | 35.70 | 0.00 |
| 9. | Capital One | Unsecured |  | No Claim Filed |
| 10. | HSBC Bank USA | Unsecured |  | No Claim Filed |
| 11. | John Stroger Hospital | Unsecured |  | No Claim Filed |
| 12. | John Stroger Hospital | Unsecured |  | No Claim Filed |
| 13. | Matthew E Joelson DDS | Unsecured |  | No Claim Filed |
| 14. | Providian Bank | Unsecured |  | No Claim Filed |
| 15. | Village of Oak Park | Unsecured |  | No Claim Filed |
| 16. | MCI Telecommunications | Unsecured |  | No Claim Filed |
|  |  |  | $ 26,572.15 | $ 1,851.57 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 105.68 |
|  | $ 105.68 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Toney, Robert D | Case Number:  07 B 14150 |
| | Judge:  Hollis, Pamela S |
| Printed:  6/17/08 | Filed:  8/7/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

